**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 59 WM 2019
:
Respondent :
:
:
:
v. :
:
:
:
MICHAEL PRENTICE HANDLEY, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2019, the "Petition for Allowance of Appeal *Nunc Pro Tunc*" is DENIED.